**Order filed February 4, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00891-CV
_____

## IN THE INTEREST OF Z.S., C.S-T., T.S-T., T.S-T., T.S-T., CHILDREN

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17CP0118**

# O R D E R

Appellant is represented by appointed counsel on appeal, Michael Hansen. On January 29, 2020, a motion to substitute J. Elizabeth Spears as appellate counsel was filed. Accordingly, we enter the following order.

We ORDER the judge of the 306th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant. The judge shall see that a record of any hearing is made and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting counsel

to withdraw and appointing new counsel. The records shall be filed with the clerk of this court within **10 days** of the date of this order.

PER CURIAM

Panel consists of Justices Wise, Jewell and Poissant.